**Lafayette WOOD, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 25239.**

United States Court of Appeals,
Ninth Circuit.

Jan. 8, 1971.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New

York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966.

**590**

---

Charles L. Kellar, Las Vegas, Nev., for appellant.

Bart Schouweiler, U. S. Atty., Las Vegas, Nev., for appellee.

Before DUNIWAY, ELY, and WRIGHT, Circuit Judges.

PER CURIAM:

Wood, convicted of transferring marijuana without the required written order form (26 U.S.C. § 4742(a)), appeals the District Court's denial of his motion to vacate sentence (28 U.S.C. § 2255).

Wood's contention that 26 U.S.C. § 4742(a) violated his Fifth Amendment privilege against self-incrimination in light of Leary v. United States, 395 U.S. 6, 89 S.Ct. 1532, 23 L.Ed.2d 57 (1969), is without merit. The challenged statutory provision was upheld against an identical constitutional attack in Minor v. United States, 396 U.S. 87, 90 S.Ct. 284, 24 L.Ed.2d 283 (1969).

Affirmed.